

FASULO BRAVERMAN & DI MAGGIO, LLP

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
Lfasulo@fbdmlaw.com

October 8, 2014

Hon. Thomas P. Griesa
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/14

Re:  United States v. Roberto Chavez
     Case Number: 11 Cr. 00133

Dear Judge Griesa,

This office represents Roberto Chavez in the above referenced matter. On September 23, 2013, Mr. Chavez was released on bail, with the condition that he be restricted to home confinement, barring employment purposes, and undergo location monitoring. At the suggestion of Pre-Trial Services, I respectfully request the Court remove the location monitoring and home detention conditions set for Mr. Chavez as he remains compliant with Pre-Trial Services and has tested negative during his drug tests.

The Government and Pre-Trial Services have no objection to this request.

Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

Approved
Thomas P. Griesa   USDJ
10/9/14

Respectfully submitted,

/s/
Louis V. Fasulo

Cc:  Michael Ferrara, AUSA
     Jason Lerman, Pre-Trial Services

901 Sheridan Avenue      505 Eighth Avenue, Suite 300   225 Broadway, Suite 715    Post Office Box 127
Bronx, New York 10451    New York, New York 10019       New York, New York 10007   Tenafly, New Jersey 07670
Tel (718) 293-1977       Tel (212) 967-0352             Tel (212) 566-6213         Tel (201) 569-1595
Fax (718) 293-5395       Fax (201) 596-2724             Fax (212) 566-8165         Fax (201) 596-2724